IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID VAN SLYKE,                                        No. C 07-00671 WHA

    Plaintiff,

  v.                                                                  **NOTICE**

CAPITAL ONE BANK,

    Defendant.
_____/

    After more than seven years on the bench, the undersigned decided sometime ago to begin taking cases with Morrison & Foerster (his former firm) as counsel, at least on a case-by-case basis. Based on the present counsel of record (individually) for the defense, the undersigned will continue in the case and will not recuse himself. Any motion for disqualification or recusal should be brought within **28 CALENDAR DAYS** from the date of this notice.

    **IT IS SO ORDERED.**

Dated: March 6, 2007.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE