IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN SLYKE, | No. C 07-00671 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING HEARING RE DEFENDANT'S DISCOVERY DISPUTE** |
| CAPITAL ONE BANK, | |
| Defendant. | |

*If* counsel have met and conferred, a hearing is set for **10:00 A.M. ON MONDAY, APRIL 9, 2007**, in Courtroom 9 of the federal courthouse, 450 Golden Gate Avenue, San Francisco, California. Plaintiff's response to defendant's April 3 letter is due by **NOON ON FRIDAY, APRIL 6, 2007**. Please note that if counsel have not met and conferred, the hearing will be cancelled.

**IT IS SO ORDERED.**

Dated: April 4, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE