IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN SLYKE, | No. C 07-00671 WHA |
| Plaintiff, | |
| v. | **NOTICE RE COURT'S SUPPLEMENTAL ORDER TO ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE** |
| CAPITAL ONE BANK, | |
| Defendant. / | |

In the future, please review and be familiar with the Court's Supplemental Order to Order Setting Initial Case Management Conference In Civil Cases Before Judge William Alsup (No. 11 on the docket sheet), *i.e., electronically file all submissions, including discovery letters and letters cancelling hearings*. We review e-filings quickly but ordinary mail sometimes takes awhile to make it to chambers.

**IT IS SO ORDERED.**

Dated: April 9, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE