IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN SLYKE, FRANKLIN CHAN and THOMAS E. BROWNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK, CAPITAL ONE FINANCIAL CORPORATION, and DOES 1–100, inclusive,<br><br>Defendant. | No. C 07-00671 WHA<br><br>**ORDER SETTING HEARING ON PLAINTIFFS' DISCOVERY DISPUTE** |

The defense response to plaintiffs' June 19, 2007, letter is due at **NOON ON FRIDAY, JUNE 22**. The in-court hearing on the discovery dispute is set for **WEDNESDAY, JUNE 27 AT 10:45 A.M.**

**IT IS SO ORDERED.**

Dated: June 20, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE