IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN SLYKE, FRANKLIN CHAN, and THOMAS E. BROWNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK, CAPITAL ONE FINANCIAL CORP., and DOES 1–100, inclusive,<br><br>Defendants. | No. C 07-00671 WHA<br><br>**ORDER RE MOTION TO FILE A MOTION FOR RECONSIDERATION** |

The Court has received defendants' motion to file a motion for reconsideration. Plaintiffs should file any response no later than **TUESDAY, JUNE 26, 2007, AT NOON**.

**IT IS SO ORDERED.**

Dated: June 21, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE