IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN SLYKE, FRANKLIN CHAN, and THOMAS E. BROWNING, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CAPITAL ONE BANK, CAPITAL ONE FINANCIAL CORPORATION, and DOES 1–100, inclusive,<br><br>    Defendants.<br>_____ / | No. C 07-00671 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL AND VACATING HEARING** |

    The Court has received plaintiffs' letter brief regarding the extant motion to compel, and defendants' opposition. No hearing is necessary.

    All depositions of witnesses shall be taken where they reside.

    Capital One must produce one exemplar of each grouping of credit card solicitations and disclosures sent to any prospective customer within the limitations period. This shall be accompanied by a declaration that sets forth when each exemplar was used, the number of recipients, how many of those recipients then responded, and in what states.

    Capital One must produce all manuals and documents necessary to show the circumstances and manner in which penalties and/or fees have been imposed, including the extent to which "minimum payments" will leave unpaid balances still vulnerable to penalties and fees. As with all items in this order, this is limited to the credit cards at issue, not all bank-wide fees.

Capital One must produce such documents as will show how much revenue has been generated from the fees in question, broken down by type of fee and year.  Alternatively, Capital One can supply a sworn interrogatory answer and defer the production of documents.

Capital One must produce all consumer and governmental complaints and lawsuits over the fairness of its fees within the limitations period.  Capital One must produce all responses thereto and produce all internal comments on the complaints and lawsuits.

Capital One must produce all internal documents commenting on the adequacy and or fairness of its notices concerning fees.

The foregoing must be produced **WITHIN 14 CALENDAR DAYS**.  Please do not ask to delay the production merely because other requests will be made and there will be subsequent production.  The rest of the requests are overbroad and burdensome as framed but the denial is without prejudice to narrower requests.  "Documents" includes computer-stored information. Privileged material timely logged need not be produced.

The hearing scheduled on June 27, 2007, at 10:45 a.m. is hereby **VACATED** as unnecessary.

**IT IS SO ORDERED.**

Dated:  June 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2