IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA KAY, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK N.A., and NORTH STAR MORTGAGE GUARANTY REINSURANCE COMPANY,<br><br>    Defendants.<br>                                                   / | No. C 07-01351 WHA<br><br>**ORDER DENYING STIPULATION TO EXTEND DEADLINE TO ADD PARTIES** |

      Parties' stipulation to extend the deadline for asking leave to add new parties to May 9, 2008, is **DENIED**. The deadline for asking leave to add new parties will be extended to **JULY 31, 2007**.

      **IT IS SO ORDERED.**

Dated: July 3, 2007.

                                                   WILLIAM ALSUP<br>
                                                   UNITED STATES DISTRICT JUDGE