IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN SLYKE, FRANKLIN CHAN and THOMAS E. BROWNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK, CAPITAL ONE FINANCIAL CORPORATION, and DOES 1–100, inclusive,<br><br>Defendants. | No. C 07-00671 WHA<br><br>**ORDER RE DEFENDANTS' JULY 5, 2007, LETTER** |

So long as all other documents are produced, as ordered, Capital One may temporarily postpone production of the materials described in the first paragraph of its July 9 letter and may file a letter brief by **NOON ON FRIDAY, JULY 13** with the response thereto due at **NOON ON MONDAY, JULY 16**.

**IT IS SO ORDERED.**

Dated: July 10, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE