IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID VAN SLYKE, FRANKLIN CHAN and THOMAS E. BROWNING, on behalf of themselves and all others similarly situated,

   Plaintiffs,

 v.

CAPITAL ONE BANK, CAPITAL ONE FINANCIAL CORPORATION, and DOES 1–100, inclusive,

   Defendants.

No. C 07-00671 WHA

**ORDER RE BRIEFING CONCERNING PLAINTIFFS' JULY 17, 2007, LETTER**

  The Court has received plaintiffs' letter dated July 17. The Court is very concerned to learn, assuming it to be true, that defendants have refused to schedule Rule 30(b)(6) depositions that were noticed on May 17. Defense counsel shall response to the July 17 letter by **NOON ON JULY 24**. In the meantime, the Court will hold in abeyance on the defense request for protective order in its July 13 letter.

  **IT IS SO ORDERED.**

Dated: July 23, 2007.

              WILLIAM ALSUP
              UNITED STATES DISTRICT JUDGE