IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN SLAKE, FRANKLIN CHAN and THOMAS E. BROWNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK, CAPITAL ONE FINANCIAL CORPORATION, and DOES 1–100, inclusive,<br><br>Defendants. | No. C 07-00671 WHA<br><br>**ORDER SETTING HEARING AND BRIEFING SCHEDULE** |

The Court is in receipt of defendants' August 3 and August 6 letters concerning reconsideration of the August 2 order to show cause and another discovery dispute. An in-court hearing is hereby set for **WEDNESDAY, AUGUST 15, 2007, AT 4:00 P.M.** Plaintiffs shall please respond to defendants' letters by **NOON ON AUGUST 13, 2007**.

**IT IS SO ORDERED.**

Dated: August 8, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE