IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN SLYKE, FRANKLIN CHAN, and THOMAS E. BROWNING, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CAPITAL ONE BANK, CAPITAL ONE FINANCIAL CORPORATION, and DOES 1–10, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 07-00671 WHA<br><br>**ORDER RE DEFENDANTS' LETTER DATED AUGUST 12, 2007** |

　　　With respect to defendants' August 12 letter, all of the relief requested should be sought by way of a proper administrative motion or other motion, not a letter, which are reserved for discovery disputes. Nonetheless, a two-page reply brief is hereby authorized on the timetable suggested.

　　　**IT IS SO ORDERED.**

Dated: August 13, 2007.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE