IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID VAN SLYKE, FRANKLIN CHAN, and THOMAS E. BROWNING, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

CAPITAL ONE BANK, CAPITAL ONE FINANCIAL CORPORATION, and DOES 1–10, inclusive,

    Defendants.

No. C 07-00671 WHA

**ORDER RE HEARING ON MOTION TO DISMISS AND MOTIONS FOR SUMMARY JUDGMENT**

    Because the undersigned is currently in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

    **IT IS SO ORDERED.**

Dated: August 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE