IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DAVID VAN SLYKE, FRANKLIN CHAN and THOMAS E. BROWNING, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>CAPITAL ONE BANK, CAPITAL ONE FINANCIAL CORPORATION, and DOES 1–100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 07-00671 WHA<br><br>**ADDITIONAL DISCOVERY ISSUE FOR JUDGE LAPORTE** |

    Also referred to Judge Laporte is the question whether and/or when the defense answer to the court-ordered interrogatory shall be made available to plaintiffs.

    **IT IS SO ORDERED.**

Dated: August 15, 2007.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE