UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID VAN SLYKE, et al., On Behalf of Themselves and All Others Similarly Situated, ) ) ) Plaintiffs, ) ) vs. ) ) CAPITAL ONE BANK, et al., ) ) Defendants. ) | No. C-07-00671-WHA(EDL) <br><br> <u>CLASS ACTION</u> <br><br> [PROPOSED] SEALING ORDER |

1  Having considered the submissions regarding plaintiffs' Exhibit 1 attached to Supplemental
2  Declaration of Jacqueline E. Mottek in Support of Plaintiffs' Reply Memorandum in Support of
3  Motion for Leave to File Third Amended Class Action Complaint, plaintiffs' Exhibit 1 is HEREBY
4  sealed.

5  IT IS SO ORDERED.

6

7  DATED: September 11, 2007      _____
8  THE HONORABLE WILLIAM ALSUP
   UNITED STATES DISTRICT JUDGE

9
   Submitted by:
10
   DATED: September 10, 2007
11
   COUGHLIN STOIA GELLER
12    RUDMAN & ROBBINS LLP
   JEFFREY W. LAWRENCE
13 JACQUELIE E. MOTTEK

14

15        /s/ Jacqueline E. Mottek
         JACQUELINE E. MOTTEK
16
   100 Pine Street, Suite 2600
17 San Francisco, CA  94111
   Telephone:  415/288-4545
18 415/288-4534 (fax)

19 COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
20 FRANK J. JANECEK, JR.
   CHRISTOPHER M. BURKE
21 CHRISTOPHER COLLINS
   SAMANTHA A. SMITH
22 CHRISTIE SURIEL
   655 West Broadway, Suite 1900
23 San Diego, CA  92101
   Telephone:  619/231-1058
24 619/231-7423 (fax)

25 Attorneys for Plaintiffs

26

27 T:\CasesSF\Capital One\ORD00045409.doc

28

[PROPOSED] SEALING ORDER - C-07-00671-WHA(EDL)                          - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 10, 2007.

    /s/ Jacqueline E. Mottek
JACQUELINE E. MOTTEK

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:Jacquim@csgrr.com

# Mailing Information for a Case 3:07-cv-00671-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey W. Lawrence**
  jeffreyl@lerachlaw.com,e_file_sf@lerachlaw.com,e_file_sd@lerachlaw.com

- **Rita Lin**
  rlin@mofo.com,bantor@mofo.com

- **Mia Ann. Mazza**
  mmazza@mofo.com,mnelson@mofo.com

- **James Francis McCabe**
  JMcCabe@mofo.com,marcim@mofo.com

- **James R. McGuire**
  jmcguire@mofo.com,jfogel@mofo.com

- **Jacqueline Eve Mottek**
  JacquiM@csgrr.com,mdevin@csgrr.com,amatney@csgrr.com,khuang@csgrr.com,skarnavas@csg

- **Mimi Yang**
  mimiyang@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Cameron S. Matheson
LeClair Ryan
951 East Byrd St., 8th Floor
P.O. Box 2499
Richmond, VA 23218-2499

James Alwin Murphy
LeClair Ryan
951 East Byrd St., 8th Floor
Richmond, VA 23218-2499
```