IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID VAN SLYKE, et al.                                    No. C-07-00671 WHA (EDL)

        Plaintiffs,                                            **FURTHER ORDER RE DISCOVERY**

  v.

CAPITAL ONE BANK, et al.

        Defendants.
_____/

The Court has received Defendants' September 7, 2007 letter and orders as follows:

1.    The August 29 Order remains in full effect. The language relating to the creation of a privilege log applies to either election.

2.    Defendants shall complete a preview and provide Plaintiffs with access to the documents no later than September 30, 2007. Plaintiffs shall promptly inspect the documents consistent with Judge Alsup's order to conduct discovery expeditiously. No extension of time shall be granted by the Court upon stipulation unaccompanied by a persuasive showing of good cause.

3.    The parties shall continue to meet and confer regarding specific procedures to be followed in completing the review and production. The parties should submit a stipulation detailing procedures agreed to no later than September 30, 2007.

**IT IS SO ORDERED.**

Dated: September 11, 2007

                                                                                      ELIZABETH D. LAPORTE
                                                                                    United States Magistrate Judge