IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID VAN SLYKE, et al                                No. C-07-00671 WHA (EDL)

         Plaintiffs,                                **ORDER RE MOTION FOR ORDER TO SHOW CAUSE**

  v.

CAPITAL ONE BANK,

         Defendant.
_____/

On September 20, 2007, the Court held a discovery conference to address issues raised in Defendant's Motion for an Order to Show Cause and in Plaintiffs' response to Defendant's request to shorten time for briefing and hearing the motion. Plaintiffs were represented by Jacqueline Mottek and Stephanie Karnavas; Defendant was represented by James McCabe and Mia Mazza. For the reasons stated at the hearing, the Court denies Defendant's motion and orders as follows.

Plaintiffs are not relieved from complying with the Court's August 29, 2007 Order requiring Plaintiffs to produce "[a]ll credit card statements or other communications from credit card issuers during the class period" and "[a]ll current credit reports and credit reports generated during the class period." In addition, Plaintiffs shall comply with the section of the Order requiring production of "[a]ll documents identified in their depositions that may have been excluded from earlier production," limited to responsive documents requested in document requests or deposition notices. Although the Court does not find Plaintiffs in contempt at this time, Plaintiffs are warned that further disobedience of the Court's orders, without first requesting relief or reconsideration, will not be tolerated. Defendant is also not relieved from timely complying with the Court's August 29, 2007 Order.

1  The parties are ordered to continue to meet and confer on a weekly basis. In addition, at
2 least twenty-four hours prior to the conference, each side shall submit to the other side a summary of
3 issues to be addressed at the meeting.
4  This Order disposes of Docket Nos. 213 and 216.
5 **IT IS SO ORDERED.**

7 Dated: September 20, 2007

  ELIZABETH D. LAPORTE
  United States Magistrate Judge