IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN SLYKE, FRANKLIN CHAN and THOMAS E. BROWNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK, CAPITAL ONE FINANCIAL CORPORATION, and DOES 1–100, inclusive,<br><br>Defendants. | No. C 07-00671 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE HEARING** |

The Court has received parties' stipulation to continue the hearing date for plaintiff's motion for class certification and defendants' motions for summary judgment. Good cause not shown, the stipulation is **DENIED**. The hearing on those motions will take place as scheduled on November 1, 2007, at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: October 3, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE