Frank E. Scherkenbach
(CAB #142549; scherkenbach@fr.com)
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Howard G. Pollack
(CAB #162897; pollack@fr.com)
Michael R. Headley
(CAB #220834; headley@fr.com)
S. Kameron Parvin
(CAB #232349; parvin@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Attorneys for Plaintiff
POWER INTEGRATIONS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| POWER INTEGRATIONS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> BCD SEMICONDUCTOR CORPORATION, a California corporation, SHANGHAI SIM-BCD SEMICONDUCTOR MANUFACTURING, CO., LTD, a China corporation, <br><br> Defendants. | No. C 07-03137 WHA <br><br> **PLAINTIFF POWER INTEGRATIONS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE  UNDER RULE 41(A) AND [PROPOSED] ORDER** |

1

1  Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Power Integrations, Inc. ("Power
2  Integrations"), by and through their undersigned attorneys, hereby voluntarily DISMISS all claims
3  without prejudice, each side to bear its own costs.

5  Dated: October 15, 2007

/s/ Howard G. Pollack
Howard G. Pollack
FISH & RICHARDSON P.C.

Attorney for Plaintiff
POWER INTEGRATIONS, INC.

**ORDER**

11  IT IS SO ORDERED.
12  Dated: _October 16, 2007_____

HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

14  50443128.doc

2
PLAINTIFF POWER INTEGRATIONS' VOLUNTARY
DISMISSAL WITHOUT PREJUDICE UNDER RULE 41(A) AND
[PROPOSED] ORDER Case No. 07-03137 WHA