IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN SLYKE, FRANKLIN CHAN and THOMAS E. BROWNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK, CAPITAL ONE FINANCIAL CORPORATION, and DOES 1–100, inclusive,<br><br>Defendants. | No. C 07-00671 WHA<br><br>**ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

The Court has received plaintiffs' administrative motion to remove incorrectly filed documents, including plaintiffs' oppositions to defendants motions for summary judgment and supporting declarations. Defendants must show how they could satisfy the "compelling reasons" standard set out in *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), before the Court will rule on this motion.

**IT IS SO ORDERED.**

Dated: October 17, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE