1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID VAN SLYKE, et al., On Behalf of Themselves and All Others Similarly Situated, | ) ) | No. C-07-00671-WHA(EDL) |
| Plaintiffs, | ) ) | <u>CLASS ACTION</u> |
| vs. | ) ) | [PROPOSED] SEALING ORDER |
| CAPITAL ONE BANK, et al., | ) ) | |
| Defendants. | ) ) | |

1  Having considered the papers regarding Plaintiffs' Administrative Request to File the
2  Following Documents Under Seal: PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF
3  MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23; PLAINTIFFS'
4  CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO STRIKE EVIDENCE
5  SUBMITTED IN SUPPORT OF CLASS CERTIFICATION; and DECLARATION OF
6  JACQUELINE E. MOTTEK IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN
7  SUPPORT OF MOTION FOR CLASS CERTIFICATION UNDER FED. R. CIV. P. 23.  It is
8  hereby ordered that these documents are sealed.

9  IT IS SO ORDERED.

10 DATED: __October 22, 2007_____    _____
                                            THE HONORABLE WILLIAM H. ALSUP
11                                          UNITED STATES DISTRICT JUDGE

12 Submitted by:

13 DATED:  October 18, 2007

14 COUGHLIN STOIA GELLER
     RUDMAN & ROBBINS LLP
15 JEFFREY W. LAWRENCE
   JACQUELINE E. MOTTEK
16

17
              /s/
18     JACQUELINE E. MOTTEK

19 100 Pine Street, Suite 2600
   San Francisco, CA  94111
20 Telephone:  415/288-4545
   415/288-4534 (fax)
21
   COUGHLIN STOIA GELLER
22   RUDMAN & ROBBINS LLP
   FRANK J. JANECEK, JR.
23 CHRISTOPHER M. BURKE
   CHRISTOPHER COLLINS
24 ELISABETH A. BOWMAN
   655 West Broadway, Suite 1900
25 San Diego, CA  92101
   Telephone:  619/231-1058
26 619/231-7423 (fax)

27 Attorneys for Plaintiffs

28 T:\CasesSF\Capital One\ORD00046545_sealing doc.doc

[PROPOSED] SEALING ORDER - C-07-00671-WHA(EDL)                                          - 1 -

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 18, 2007.

   s/ Jacqueline E. Mottek
JACQUELINE E. MOTTEK

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail:JMottek@csgrr.com

# Mailing Information for a Case 3:07-cv-00671-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeffrey W. Lawrence**
  jeffreyl@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Rita Lin**
  rlin@mofo.com,bantor@mofo.com

- **Mia Ann. Mazza**
  mmazza@mofo.com,mnelson@mofo.com

- **James Francis McCabe**
  JMcCabe@mofo.com,marcim@mofo.com

- **James R. McGuire**
  jmcguire@mofo.com,jfogel@mofo.com

- **Jacqueline Eve Mottek**
  JacquiM@csgrr.com,mdevin@csgrr.com,amatney@csgrr.com,khuang@csgrr.com,skarnavas@csg

- **Mimi Yang**
  mimiyang@mofo.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Stephanie A. Karnavas
100 Pine St., Suite 2600
San Francisco, CA 94111

Cameron S. Matheson
LeClair Ryan
951 East Byrd St., 8th Floor
P.O. Box 2499
Richmond, VA 23218-2499

James Alwin Murphy
LeClair Ryan
951 East Byrd St., 8th Floor
Richmond, VA 23218-2499
```