IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN SLYKE, FRANKLIN CHAN and THOMAS E. BROWNING, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>CAPITAL ONE BANK, CAPITAL ONE FINANCIAL CORPORATION, and DOES 1–100, inclusive,<br><br>  Defendants. | No. C 07-00671 WHA<br><br>**REQUEST RE HEARING ON SUMMARY JUDGMENT** |

  The Court was under the impression from Ms. Mottek's prior representations that the minimum payment on plaintiffs' statements would be insufficient, at least in some circumstances, to bring the account below the credit limit so that additional overlimit fees would be inevitable, and that this practice was deceptive. Plaintiffs now appear to have abandoned this theory. Counsel shall please bring to oral argument any transcripts from which the Court got the above impression.

  **IT IS SO ORDERED.**

Dated: October 30, 2007.

  _____
  WILLIAM ALSUP
  UNITED STATES DISTRICT JUDGE