IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN SLYKE, FRANKLIN CHAN and THOMAS E. BROWNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK, CAPITAL ONE FINANCIAL CORPORATION, and DOES 1–100, inclusive,<br><br>Defendants. | No. C 07-00671 WHA<br><br>**REQUEST RE MOTIONS FOR SUMMARY JUDGMENT** |

Counsel for both sides will please clarify whether defendants have used, within the statute of limitations, any cross-default on multiple credit cards held by the named plaintiffs, *i.e.*, charging fees on all accounts if only one account is in default. The Court remembers Mr. McCabe saying at the hearing that no such practice existed. The summary judgment record does not seem to contain proof on this point, the defense resting on full disclosure and plaintiffs' not opening multiple accounts within the statute of limitations. If, however, the practice was fully disclosed, how can defendants say it never existed?

Both sides should respond no later than **TUESDAY, NOVEMBER 6, 2007, AT 5:00 P.M.** Responses must be a maximum of five double-spaced pages. Supplementing the record is not permitted.

Dated: November 6, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE