UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN SLYKE, on behalf of himself and all others similarly situated,<br><br>  Plaintiff(s),<br><br>  v.<br><br>CAPITAL ONE BANK, et al.,<br><br>  Defendant(s). | No. C07-0671 (BZ)<br><br>**ORDER RE ATTENDANCE AT SETTLEMENT CONFERENCE** |

Plaintiffs' application for relief is **DENIED IN PART**. The motion was not timely filed and it is difficult for the court to reconcile the proffered excuses, which are contained solely in counsel's memorandum, with the willingness of the plaintiffs to have suit filed in this district. In view of the matters raised in the opposition, **IT IS HEREBY ORDERED** that at least one representative plaintiff appear in person. The plaintiffs shall decide who it shall be. If they cannot, then Mr. Van Slyke as the lead plaintiff, shall appear. So long as the other plaintiffs are available by telephone, it does not appear

1

necessary for all the named plaintiffs to appear personally for the settlement conference to proceed.

The court is troubled by defendants' comment that they expect to be represented by in-house counsel. Defendants are reminded that the person in attendance must have full settlement authority as that term is defined in the Settlement Conference Order. It has been the court's experience that in-house counsel rarely have that authority and instead attempt to communicate with a corporate officer who has settlement authority but is not present. That is impermissible.

Dated: December 17, 2007

_____
Bernard Zimmerman
United States Magistrate Judge