| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID VAN SLYKE, on behalf of himself and all others similarly situated, | ) ) ) ) | No. C07-0671 (BZ) |
| Plaintiff(s), | ) ) | |
| v. | ) ) | **ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |
| | ) | |
| CAPITAL ONE BANK, et al., | ) ) | |
| Defendant(s). | ) ) ) | |

**IT IS HEREBY ORDERED** that a further settlement conference is scheduled for **Monday, January 14, 2008 at 11:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Each named plaintiff shall attend, together with counsel for the plaintiffs.  A representative of defendant with full authority to settle this action shall attend together, with counsel for defendants. Personal attendance will **not** be excused.  No further settlement papers need be filed.

The parties are reminded that the court expects to be

1

concluding a jury trial that day and expects the parties to be flexible in their schedules to accommodate the jury.

Dated: December 28, 2007

_____
Bernard Zimmerman
United States Magistrate Judge