JAMES F. McCABE (CA SBN 104686)
JMcCabe@mofo.com
JAMES R. McGUIRE (CA SBN 189275)
JMcGuire@mofo.com
RITA F. LIN (CA SBN 236220)
RLin@mofo.com
SARAH E. GRISWOLD (CA SBN 240326)
SGriswold@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415-268-7000
Facsimile: 415-268-7522

JAMES A. MURPHY (*pro hac vice*)
JMurphy@leclairryan.com
CAMERON S. MATHESON (*pro hac vice*)
CMatheson@leclairryan.com
LECLAIR RYAN
951 East Byrd Street, 8th Floor
P.O. Box 2499
Richmond, Virginia 23218-2499
Telephone: 804-783-2003
Facsimile: 804-783-2294

Attorneys for Defendants
CAPITAL ONE BANK and
CAPITAL ONE FINANCIAL CORP.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID VAN SLYKE, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br>CAPITAL ONE BANK, CAPITAL ONE FINANCIAL CORPORATION and DOES 1-100, inclusive,<br><br>Defendants.<br>CAPITAL ONE BANK,<br><br>Counterclaimant,<br>v.<br>DAVID VAN SLYKE, et al., On Behalf of Themselves and All Others Similarly Situated,<br><br>Counterdefendants. | Case No. C07-0671 WHA<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO MOVE FOR AWARD OF ATTORNEYS' FEES**<br><br>Hon. William H. Alsup<br><br>Complaint filed: Feb. 1, 2007 |

Defendants Capital One Bank and Capital One Financial Corporation (collectively, "Capital One") and plaintiffs David Van Slyke, Robert Browning, Myrna Bragado, Susana L. Garcia, and Robert Hart (collectively, "plaintiffs"), by and through their respective counsel, hereby stipulate as follows:

The parties agree to extend the time to file any motion for attorneys' fees by 14 days. That deadline has not previously been extended, and its extension will have no effect on other case deadlines.

Accordingly, pursuant to Local Rules 6-2 and 54-6, the parties hereby stipulate that the date for any party to file any motion for attorneys' fees shall be extended to and include January 30, 2008.

Dated: January 7, 2008

MORRISON & FOERSTER LLP
AND LECLAIR RYAN

By: /s/ James F. McCabe
James F. McCabe

Attorneys for Defendants
CAPITAL ONE BANK and
CAPITAL ONE FINANCIAL CORP.

Dated: January 7, 2008

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By: /s/ Jeffrey Lawrence
Jeffrey Lawrence

Attorneys for Plaintiffs
DAVID VAN SLYKE, THOMAS E. BROWNING, MYRNA BRAGADO, SUSANA L. GARCIA, and ROBERT HART

**E-FILING ATTESTATION**

I, James F. McCabe, am the ECF user whose ID and password are being used to file this stipulation. I hereby attest that Jeffrey Lawrence has concurred in this filing.

Dated: January 7, 2008          By:   /s/ James F. McCabe
                                       James F. McCabe

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:   January 8   , 2008     By:   _____
                                       The Honorable William Alsup
                                       United States District Judge

IT IS SO ORDERED
Judge William Alsup