**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VAN SLYKE, FRANKLIN CHAN and THOMAS E. BROWNING, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE BANK, CAPITAL ONE FINANCIAL CORPORATION, and DOES 1–100, inclusive,<br><br>Defendants. | No. C 07-00671 WHA<br><br>**ORDER DENYING EXTENSION OF TIME TO MOVE FOR ATTORNEY'S FEES** |

In light of the previously granted extension of the deadline to move for attorney's fees and the uncertainty associated with settlement negotiations, the parties' request to extend time to move for attorney's fees is **DENIED**. The deadline will remain as scheduled on **JANUARY 30, 2008**.

**IT IS SO ORDERED.**

Dated: January 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE